WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pete Van Winkle,<br><br>　　　　　Petitioner,<br><br>v.<br><br>Charles L. Ryan, et al.,<br><br>　　　　　Respondents. | No. CV-18-3290-PHX-ROS<br><br>DEATH-PENALTY CASE<br><br>**ORDER** |

Petitioner has filed a motion to strike Respondents' motions (*see* Docs. 10, 11) to preclude victim and juror contact as untimely. (Doc. 12.) Alternatively, in the event the Court denies the motion to strike, Petitioner requests an extension of time until at least March 20, 2019 to respond to the motions.

Accordingly,

IT IS HEREBY ORDERED Petitioner's alternative request for an extension of time is GRANTED. Petitioner's response to the motions to preclude victim and juror contact shall be filed on or before March 22, 2019.

IT IS FURTHER ORDERED Respondents shall file a reply to Petitioner's response to the motions, in addition to a response to Petitioner's motion to strike, no later than March 29, 2019.

No reply memorandum to Respondents' response to his motion to strike shall be filed. *See* LRCiv 7.2(c).

Dated this 11th day of March, 2019.

_____
Honorable Roslyn O. Silver
Senior United States District Judge