**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pete Van Winkle, | No. CV-18-03290-PHX-ROS |
| Petitioner, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Respondents. | |

Petitioner's lead counsel has renewed her motion to withdraw. (Doc. 58). Petitioner filed an opposition, requesting his "full team remain intact so as not to disrupt proceedings." (Doc. 59). To prevent any disruption in proceedings, the Court will allow lead counsel to withdraw only after adequate substitute counsel files a motion to be appointed as replacement counsel. It is unclear whether Petitioner's other counsel, Gary Bevilacqua, will continue to represent him in addition to new substitute counsel. Therefore, when new counsel seek appointment, the motion shall also indicate whether Mr. Bevilacqua should remain as counsel of record.

**IT IS ORDERED** current counsel shall provide a copy of this Order to the proposed substitute counsel.

…

…

…

…

**IT IS FURTHER ORDERED** no later than **April 16, 2021**, substitute counsel shall file a motion for appointment as well as a statement regarding Mr. Bevilacqua.

Dated this 14th day of April, 2021.

Honorable Roslyn O. Silver
Senior United States District Judge