**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pete Van Winkle, | No. CV-18-03290-PHX-ROS |
| Petitioner, | **ORDER** |
| v. | |
| David Shinn, | |
| Respondent. | |

Substitute counsel has appeared and filed the explanation required by the Court's April 15, 2021 Order. Good cause appearing,

**IT IS ORDERED** the Motion to Withdraw (Doc. 58) is **GRANTED**. Sarah Stone and Gary Bevilacqua are **WITHDRAWN** as counsel of record.

**IT IS FURTHER ORDERED** the Motion to Appoint (Doc. 62) is **GRANTED**. David Anthony of the Office of the Federal Public Defender for the District of Nevada is appointed as counsel of record.

**IT IS FURTHER ORDERED** the Motion to Seal (Doc. 51) is **GRANTED**. The document lodged at Doc. 52 shall be filed but shall not be distributed to counsel. This Order shall not be sealed.

…

…

…

…

**IT IS FURTHER ORDERED** the Motions to Stay (Doc. 47, 50) are **GRANTED IN PART**. Petitioner shall file his motion for evidentiary development no later than **June 4, 2021**. Any response shall be filed within thirty days and any reply within thirty days of the response.

Dated this 20th day of April, 2021.

Honorable Roslyn O. Silver
Senior United States District Judge