**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pete Van Winkle, | No. CV-18-03290-PHX-ROS |
| Petitioner, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Respondents. | |

Petitioner seeks an extension until December 3, 2021, to file his motion for evidentiary development. In explaining the need for such an extension, Petitioner's current counsel states "[t]o the best of my knowledge, no investigation has occurred in Mr. Van Winkle's case." (Doc. 66-1 at 3). Thus, current counsel seeks the lengthy extension to complete an adequate investigation.

Previous counsel was appointed on October 25, 2018. (Doc. 6). That counsel filed the merits petition on July 30, 2019, and remained as counsel of record until April 20, 2021. (Doc. 25, 63). Based on current counsel's declaration, previous counsel may have conducted "no investigation" during the 30 months they were counsel of record. If that is accurate, the Court may need to investigate previous counsel's behavior. The Court will grant a limited extension and schedule a hearing to hear from Petitioner's counsel regarding the need for additional time.

Accordingly,

**IT IS ORDERED** the Motion for Extension of Time (Doc. 66) is **GRANTED IN**

**PART**.  No later than **August 31, 2021**, Petitioner shall file his motion for evidentiary development.  The response shall be filed within 30 days of the motion and the reply within 21 days of the response.

    **IT IS FURTHER ORDERED** a hearing is set for **August 4, 2021, at 11:30am**, in Courtroom 601, before the Honorable Roslyn O. Silver. No later than seven days prior to the hearing, Petitioner shall file a status report regarding their investigation.

    Dated this 2nd day of June, 2021.

Honorable Roslyn O. Silver
Senior United States District Judge