**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pete Van Winkle, | No. CV-18-03290-PHX-MTL |
| Petitioner, | **ORDER** |
| v. | DEATH PENALTY CASE |
| David Shinn, et al., | |
| Respondents. | |

Before the Court is Respondents' Second Motion for Extension of Time to File Response to Notice of Request for Evidentiary Development. (Doc. 104.) Respondents seek a seven-day extension of the deadline, currently set for February 28, 2022. Good cause appearing,

**IT IS ORDERED granting** the motion. The briefing schedule is amended as follows: Respondents' response to the notice shall be filed no later than **March 7, 2022**. Petitioner shall file his reply no later than **March 21, 2022**.

Dated this 25th day of February, 2022.

Michael T. Liburdi
United States District Judge