**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pete VanWinkle,<br><br>　　　　　　　Petitioner,<br><br>v.<br><br>David Shinn, et al.,<br><br>　　　　　　　Respondents. | No. CV-18-3290-PHX-MTL<br><br><u>DEATH-PENALTY CASE</u><br><br>**ORDER** |

On March 7, 2022, the Court granted Petitioner VanWinkle's motion to appoint counsel, noting that his prior counsel withdrew on January 12, 2022. (*See* Doc. 109.) The Court continued the remaining briefing deadlines pending a recommendation for qualified replacement counsel from the Office of the Federal Public Defender for the District of Arizona (FPD). (*Id.*)

Upon the FPD's recommendation, Stephen C. Newman, Federal Public Defender for the Northern District of Ohio, is appointed as counsel for Petitioner in this federal habeas corpus proceeding. The Federal Public Defender is authorized to designate an Assistant Federal Public Defender(s) to handle the case. Appointment is made pursuant to 18 U.S.C. § 3599(a)(2). Counsel shall not represent Petitioner in state forums or prepare any state court pleadings without express authorization of the Court.

**IT IS ORDERED** that the designated Assistant Federal Public Defender(s) shall file a notice of appearance or substitution with the Court within ten (10) days from receipt of this Order.

**IT IS FURTHER ORDERED** that counsel is hereby notified that the orders and procedures previously set forth shall govern the briefing and resolution of this matter. The deadline for filing of the reply in support of Petitioner's request for evidentiary development is November 21, 2022. (*See* Doc. 113.)

Dated this 10th day of June, 2022.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge

cc: **Stephen C. Newman**, Federal Public Defender for the Northern District of Ohio
**Alan C. Rossman**, Director, Capital Habeas Unit, Office of the Federal Public Defender Northern District of Ohio